FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVA CARIDAD MENDEZ and HERIBERTO MENDEZ ORTEGA,<br><br>                Plaintiffs,<br><br>  v.<br><br>MARCO RUBIO, JOHN ARMSTRONG, RICHARD C. VISEK, RONALD JOHNSON, and RAFAEL FOLEY,<br><br>                Defendants. | No. 2:25-CV-00137-MKD<br><br>ORDER GRANTING MOTION TO DISMISS<br><br>ECF No. 10 |

Before the Court is Defendants' Motion to Dismiss. ECF No. 10. After Defendants filed their reply brief, Plaintiffs withdrew their brief in response to Defendants' motion and indicated they "do not oppose dismissal without prejudice for Plaintiffs to bring up claims when and if it is proper." ECF No. 13 at 1. Given the lack of opposition to the motion, the Court grants Defendants' motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion to Dismiss, **ECF No. 10**, is **GRANTED**.

ORDER - 1

2. Plaintiffs' Complaint, **ECF No. 1**, is **DISMISSED** without prejudice.

The District Court Executive is directed to file this Order, **enter judgment** for Defendants, provide copies to counsel, and **CLOSE THE FILE**.

DATED August 12, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2