AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Aug 12, 2025
SEAN F. McAVOY, CLERK

| | |
|---|---|
| EVA CARIDAD MENDEZ and HERIBERTO MENDEZ ORTEGA<br><br>*Plaintiff*<br>v.<br>MARCO RUBIO, JOHN ARMSTRONG, RICHARD C. VISEK, RONALD JOHNSON, and RAFAEL FOLEY<br><br>*Defendant* | Civil Action No. 2:25-CV-00137-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 14, Defendants' Motion to Dismiss, ECF No. 10, is GRANTED, and Plaintiffs' Complaint, ECF No. 1, is DISMISSED without prejudice.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke.

Date: 8/12/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony